## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Gorosave, | ) ) ) ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** ) |
| v. | ) CV 14-603-TUC-CKJ ) |
| Life Insurance Company of North America, et al | ) ) ) |
| Defendants | ) ) |

___     **Jury Verdict.** This action came before the Court for a Trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**     **Decision by Court.** This action case for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of February 25, 2014, dismissing the case with prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal, judgment is hereby entered. This case is closed.


February 26, 2014                                                                BRIAN D. KARTH
Date                                                                                        District Court Executive/Clerk

                                                                                                *s/K. Hughes*
                                                                           By   K. Hughes
                                                                               Deputy Clerk